IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LESLEY RESTAURANT, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 1:15-cv-01537 (AJT/IDD) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 20] of the Magistrate Judge recommending that plaintiff's Motion for Default Judgment [Doc. No. 11] be granted in part and denied in part and that default judgment be entered against defendant in the total amount of $15,649.43. The Magistrate Judge also advised the parties that objections to the Report & Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiff's Motion for Default Judgment [Doc. No. 11] be, and the same hereby is, GRANTED in part and DENIED in part; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED in favor of plaintiff and against defendant in the total amount of **$15,649.43**, which consists of statutory damages in the amount of $2,200.00, pursuant to 47 U.S.C. § 605(e)(2)(C)(i), enhanced damages in the amount of $10,000.00, pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), and attorney's fees and costs in the amount of $3,449.43.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58 and to forward copies of this Order to all counsel of record and to defendant at the following address:

Judit Lizez Hernandez Jimenez
Registered Agent for Lesley Restaurant, Inc.
306 Hillwood Avenue
Falls Church, Virginia 22046

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 24, 2017